UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN S. H.,                         Civil No.:  24-cv-13400

    Plaintiff,                        Susan K. DeClercq
                                         United States District Judge

v                                             Anthony P. Patti
                                         United States Magistrate Judge

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER FOR REMAND

The parties have stipulated that this case be remanded under sentence four of 42 U.S.C. § 405(g).  Accordingly, under Section 4 of 42 U.S.C. § 405.(g), the final decision of the Commissioner is amended and remanded to the Commissioner to properly address Plaintiff, John Herzog's residual functional capacity solely for the time period of July 2, 2020 through April 23, 2021.  During that time period, the Commissioner shall:

(1)    Reconsider Plaintiff's ability to use his bilateral upper extremities considering the objective evidence that surgery was recommended for the left shoulder during this time period and an open rotator cuff repair

      surgery was performed shortly after the period at issue. Surgery was not recommended for the right shoulder because multiple tears in the shoulder were not repairable.

(2)    Reconsider Plaintiff's mental RFC explaining why John Herzog would not have a severe mental impairment in the context of the findings of two prior Administrative Law Judges, including one on this application, who found a severe impairment and imposed multiple restrictions that were not appealed or challenged by either parties, with those findings being supported by the Defendant's own physicians and no new medical evidence being submitted since the prior decision.

On remand, the Appeals Council will direct the Administrative Law Judge to offer Plaintiff the opportunity for an additional administrative hearing, shall consider all of the medical opinions of record, elicit additional testimony from a vocational expert if necessary and issue a new decision providing good reasons for their findings.

    **IT IS SO ORDERED.**

    /s/Susan K. DeClercq
    SUSAN K. DeCLERCQ
    US DISTRICT COURT JUDGE

Dated: July 8, 2025